# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150709(69)

THOMAS GUASTELLO,
         Plaintiff-Appellant,

v

                                        SC: 150709
                                        COA: 313725
JEAN LAFON, JEANNE LAFON, and          Macomb CC: 2011-000663-CH
JEAN A. LAFON REVOCABLE TRUST,
         Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 29, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2016



                    Clerk

a0125